| PROB 22 (Rev. 8/97) | | DOCKET NUMBER *(Tran. Court)* 4:01CR00191-001 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* CR07-150 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: WHEATTINA GOODMAN Wilmington, Delaware 19809 REDACTED | DISTRICT Southern District of Texas | DIVISION Houston |
|---|---|---|
| | NAME OF SENTENCING JUDGE Lynn N. Hughes | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM November 25, 2003 — TO November 24, 2008 |

OFFENSE

Possession with Intent to Distribute 500 grams or more of Cocaine, Aiding and Abetting [21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(ii)]

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

It is ordered that the jurisdiction of this probationer or supervised releasee be transferred with the records of the Court to the United States District Court for the Delaware on that Court's acceptance. This Court expressly consents that the period of supervision may be changed by the receiving District Court without approval of this court. See 18 U.S.C. 3605.

10.27.07
Date

*Lynn N. Hughes*
*United States District Judge*

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

Jurisdiction over the person supervised is accepted by this Court from the entry of this order.

*Effective Date*

*United States District Judge*